UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:13-2345 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| ALPENGLOW SPORTS, INC., | |
| Defendant. | |

On August 15, 2014, the parties filed a notice of settlement and request to vacate the dates set by the pretrial scheduling order. Notice, ECF No. 14. In a minute order the court granted the request and directed the parties to file their dispositional documents no later than September 29, 2014. ECF No. 15.

On September 29, 2014, defendant filed a document entitled "Stipulation and Order to Continue OSC Re: Dismissal." ECF No. 16. It recites that the court had "set an OSC re: dismissal/settlement for hearing on September 30, 2014 at 9:00 a.m. in Courtroom 3." ECF No. 16 at 1. The court did not issue an order to show cause nor did it set any hearing for September 30 at 9:00 a.m.

To the extent this request can be read as a request for additional time in which to file the dispositional documents, it is denied. Under Local Rule 160(b), any extension of the date for filing the dispositional papers must be supported by a showing of good cause. The instant

1

application says only that the parties "anticipate having the settlement of this matter concluded within two weeks' time." They have not explained why they were unable to complete the settlement within the preceding six weeks.

   IT IS THEREFORE ORDERED that:

   1. The stipulation, construed as a request for additional time to file dispositional documents is denied; and

   2. The parties are ordered to show cause within fourteen days why they should not be subject to monetary sanctions or to dismissal of the action for failure to prosecute.

DATED: October 2, 2014.

_____
UNITED STATES DISTRICT JUDGE